# Third District Court of Appeal

## State of Florida

Opinion filed November 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1726
Lower Tribunal No. 20-15919-FC-04
_____

**Christine Marie Labriola,**
Petitioner,

vs.

**Vlaunir Jimenez Da Silva,**
Respondent.

A Case of Original Jurisdiction – Mandamus.

Catherine L. Roselli (Fort Lauderdale), for petitioner.

Forrest & Forrest, PLLC, and Daniel E. Forrest (Fort Lauderdale), for respondent.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Petitioner, Christine Marie Labriola, petitions this court for a writ of mandamus. Because the trial court diligently ruled on the motion referenced in the submissions during the pendency of these proceedings, we hereby dismiss the petition as moot. See Stern v. City of Miami Beach, 359 So. 3d 1209, 1211 (Fla. 3d DCA 2023) ("To establish entitlement to relief in mandamus, the petitioning party must plead 'a clear legal right to performance of the act requested, an indisputable legal duty, and no adequate remedy at law.'") (quoting Smith v. State, 696 So. 2d 814, 815 (Fla. 2d DCA 1997)); see also Rhodes v. Real Props. of 2140 Commonwealth Ave. 945-947 Live St., 317 So. 3d 1283, 1284 (Fla. 1st DCA 2021) (finding no justiciable controversy where trial court ruled on pending motion); Godwin v. State, 593 So. 2d 211, 212 (Fla. 1992) ("An issue is moot when the controversy has been so fully resolved that a judicial determination can have no actual effect.").

Petition dismissed.